# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 23-1473     **Short Title:** Seafreeze Shoreside, Inc., et al., v. U.S. Dept of the Interior, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  5/25/2023
   2. Date this notice of appeal filed  5/26/2023
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
         If yes, explain  interlocutory order denied motion for stay/preliminary injunction 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
    If yes, is transcript already on file with district court? ☑ Yes ☐ No

F.  List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  The United States Department of the Interior
      Attorney  Perry M. Rosen
      Address  P.O. Box 23986, Washington, DC 20026-3986
      Telephone  202-353-7792

   2. Adverse party  The Honorable Deb Haaland, in her official capacity as the Secretary of the Department of the Interior
      Attorney  Perry M. Rosen
      Address  P.O. Box 23986, Washington, DC 20026-3986
      Telephone  202-353-7792

   3. Adverse party  The Bureau of Ocean Energy Management
      Attorney  Perry M. Rosen
      Address  P.O. Box 23986, Washington, DC 20026-3986
      Telephone  202-353-7792

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  Seafreeze Shoreside, Inc.
      Address  100 Davisville Pier, North Kingstown, RI 02852
      Telephone

      Attorney's name  Theodore Hadzi-Antich
      Firm  Texas Public Policy Foundation
      Address  901 Congress Avenue, Austin, TX 78701
      Telephone  (512) 472-2700

   2. Appellant's name  Long Island Commercial Fishing Association, Inc.
      Address  P.O. Box 191, Montauk, NY 11954
      Telephone

      Attorney's name  Theodore Hadzi-Antich
      Firm  Texas Public Policy Foundation
      Address  901 Congress Avenue, Austin, TX 78701
      Telephone  (512) 472-2700

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/Theodore Hadzi-Antich
Date  6/06/2023

F.  List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

| | | | |
|---|---|---|---|
| 4. | Adverse party | | Amanda Lefton, *in her official capacity as the Director of the Bureau of Ocean Energy Management* |
| | Attorney | | Perry M. Rosen |
| | Address | | P.O. Box 23986, Washington, DC 20026-3986 |
| | Telephone | | 202-353-7792 |
| 5. | Adverse party | | Laura Daniel-Davis, *in her official capacity as Principal Deputy Assistant Secretary* |
| | Attorney | | Perry M. Rosen |
| | Address | | P.O. Box 23986, Washington, DC 20026-3986 |
| | Telephone | | 202-353-7792 |
| 6. | Adverse party | | The United States Department of Commerce |
| | Attorney | | Perry M. Rosen |
| | Address | | P.O. Box 23986, Washington, DC 20026-3986 |
| | Telephone | | 202-353-7792 |
| 7. | Adverse party | | The Honorable Gina M. Raimondo, *in her official capacity as the Secretary of the Department of Commerce* |
| | Attorney | | Perry M. Rosen |
| | Address | | P.O. Box 23986, Washington, DC 20026-3986 |
| | Telephone | | 202-353-7792 |
| 8. | Adverse party | | The National Oceanic and Atmospheric Administration / National Marine Fisheries Service |
| | Attorney | | Perry M. Rosen |
| | Address | | P.O. Box 23986, Washington, DC 20026-3986 |
| | Telephone | | 202-353-7792 |
| 9. | Adverse party | | Catherine Marzin, *in her official capacity as the Deputy Director of NOAA Fisheries* |
| | Attorney | | Perry M. Rosen |

|   |   |   |
|---|---|---|
|   | Address | P.O. Box 23986, Washington, DC 20026-3986 |
|   | Telephone | 202-353-7792 |
| 10. | Adverse party | The United States Department of Defense |
|   | Attorney | Perry M. Rosen |
|   | Address | P.O. Box 23986, Washington, DC 20026-3986 |
|   | Telephone | 202-353-7792 |
| 11. | Adverse party | The Honorable Lloyd J. Austin, *in his official capacity as the Secretary of the Department of Defense* |
|   | Attorney | Perry M. Rosen |
|   | Address | P.O. Box 23986, Washington, DC 20026-3986 |
|   | Telephone | 202-353-7792 |
| 12. | Adverse party | The United States Army Corps of Engineers |
|   | Attorney | Perry M. Rosen |
|   | Address | P.O. Box 23986, Washington, DC 20026-3986 |
|   | Telephone | 202-353-7792 |
| 13. | Adverse party | Lt. Gen. Scott A. Spellmon, *in his official capacity as the Commander in Chief of Engineers of the United States Army Corps of Engineers* |
|   | Attorney | Perry M. Rosen |
|   | Address | P.O. Box 23986, Washington, DC 20026-3986 |
|   | Telephone | 202-353-7792 |
| 14. | Adverse party | Colonel John A. Atilano II, *in his official capacity as the District Engineer of the New England District of the United States Army Corps of Engineers* |
|   | Attorney | Perry M. Rosen |
|   | Address | P.O. Box 23986, Washington, DC 20026-3986 |
|   | Telephone | 202-353-7792 |

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

3.     Appellant's name   XIII Northeast Fishery Sector, Inc.
       Address   205 Rockland Street, Dartmouth, MA 01748

       Attorney's name   Theodore Hadzi-Antich
       Firm   Texas Public Policy Foundation
       Address   901 Congress Avenue, Austin, TX 78701
       Telephone   (512) 472-2700

4.     Appellant's name   Heritage Fisheries, Inc.
       Address   6 Rhody Drive, Westerly, RI 92891

       Attorney's name   Theodore Hadzi-Antich
       Firm   Texas Public Policy Foundation
       Address   901 Congress Avenue, Austin, TX 78701
       Telephone   (512) 472-2700

5.     Appellant's name   Nat. W. Inc.
       Address   6 Rhody Drive, Westerly, RI 92891

       Attorney's name   Theodore Hadzi-Antich
       Firm   Texas Public Policy Foundation
       Address   901 Congress Avenue, Austin, TX 78701
       Telephone   (512) 472-2700

6.     Appellant's name   Old Squaw Fisheries, Inc.
       Address   P.O. Box 1036, Montauk, NY 11954

       Attorney's name   Theodore Hadzi-Antich
       Firm   Texas Public Policy Foundation
       Address   901 Congress Avenue, Austin, TX 78701
       Telephone   (512) 472-2700

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

> Perry M. Rosen
> Donald Campbell Lockhart
> Ira H. Zaleznik
> Jack Woodruff Pirozzolo
> Thekla Hansen-Young
> David T. Buente, Jr.
> Kathleen Moriarty Mueller
> James Wedeking
> Peter Whitfield
> Theodore Hadzi-Antich
> Connor William Mighell

I further certify that on June 6, 2023, I served a copy of the foregoing document on the following parties or their counsel of record by U.S. mail:

> Mark A. Brown
> US Dept of Justice
> Environment & Natural Resources Division
> PO Box 7611
> Ben Franklin Station
> Washington, DC 20044-7611
>
> Robert Henneke
> TX Public Policy Foundation
> 901 Congress Ave
> Austin, TX 78701

Luther L. Hajek
US Dept of Justice
ENRD, WMRS
999 18th St
South Terrace, Ste 370
Denver, CO 80202

Angela Ellis
US Dept of Justice
Environment & Natural Resources Division
PO Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Brooklyn Hildebrandt
Sidley Austin LLP
1501 K St NW
Washington, DC 20005-0000

                                                */s/Theodore Hadzi-Antich*
                                                THEODORE HADZI-ANTICH