ORAL ARGUMENT SCHEDULED NOVEMBER 9, 2023

No. 23-1473

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

SEAFREEZE SHORESIDE, INC.; LONG ISLAND COMMERCIAL FISHING ASSOC., INC.; XIII NORTHEAST FISHERY SECTOR, INC.; HERITAGE FISHERIES, INC.; NAT. W., INC.; OLD SQUAW FISHERIES, INC.,
*Plaintiffs-Appellants*,

-v.-

U.S. DEPARTMENT OF THE INTERIOR, ET AL.,
*Defendant-Appellees*.

Appeal from the United States District Court for the District of Massachusetts
No. 1:22-CV-11091 (Hon. Indira Talwani)

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal of the district court's denial of the stay or in the alternative preliminary injunction motion, without prejudice. The district court entered an order disposing of all claims and entered judgment on October 12, 2023, making the above-captioned appeal moot. *See Harris v. Univ. of Massachusetts Lowell*, 43 F.4th 187, 191 n.6 (1st Cir. 2022). Plaintiffs-Appellants

noticed their appeal of the district court's October 12, 2023, decision and judgment on October 16, 2023.

The parties have agreed that each side shall bear its own costs and fees on this interlocutory appeal.

Dated: October 19, 2023

Respectfully submitted,

/s/*David T. Buente*
David T. Buente
Kathleen Moriarty Mueller
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
dbuente@sidley.com

Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com
*Counsel for Vineyard Wind 1 LLC*

/s/*Theodore Hadzi-Antich*
ROBERT HENNEKE
rhenneke@texaspolicy.com
CHANCE WELDON
cweldon@texaspolicy.com
THEODORE HADZI-ANTICH
tha@texaspolicy.com
CONNOR W. MIGHELL
cmighell@texaspolicy.com
TEXAS PUBLIC POLICY
FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728
*Counsel for Appellants*

/s/*Thekla Hansen-Young*
Thekla Hansen-Young
Attorney, Appellate Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7415, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-2710
Email: thekla.hansen-young@usdoj.gov
*Counsel for Federal Defendant-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on October 19, 2023. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

*/s/ Theodore Hadzi-Antich*
THEODORE HADZI-ANTICH
