# United States Court of Appeals
## For the First Circuit

No. 23-1473

SEAFREEZE SHORESIDE, INC.; LONG ISLAND COMMERCIAL FISHING ASSOC., INC.; XIII NORTHEAST FISHERY SECTOR, INC.; HERITAGE FISHERIES, INC.; NAT. W. INC.; OLD SQUAW FISHERIES, INC.,

Plaintiffs - Appellants,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; THE HONORABLE DEB HAALAND, in her official capacity as Secretary of the Department of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; LIZ KLEIN, in her official capacity as the Director of the Bureau of Ocean Energy Management; LAURA DANIEL-DAVID, in her official capacity as Principal Deputy Assistant Secretary, Land and Minerals Management; UNITED STATES DEPARTMENT OF COMMERCE; THE HONORABLE GINA M. RAIMONDO, in her official capacity as the Secretary of the Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NATIONAL MARINE FISHERIES SERVICE; CATHERINE MARZIN, in her official capacity as the Deputy Director of the National Oceanic and Atmospheric Administration; UNITED STATES DEPARTMENT OF DEFENSE; THE HONORABLE LLOYD J. AUSTIN, III, in his official capacity as the Secretary of the Department of Defense; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GEN. SCOTT A. SPELLMON, in his official capacity as the Commander and Chief of Engineers of the U.S. Army Corps of Engineers; COLONEL JOHN A. ATILANO, II, in his official capacity as the District Engineer of the New England District of the U.S. Army Corps of Engineers; VINEYARD WIND 1, LLC,

Defendants - Appellees.

**JUDGMENT**

Entered: October 20, 2023

Upon consideration of the stipulated motion of voluntary dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1), with each party to bear its own costs. This case is removed from the calendar for Thursday, November 9, 2023.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ira H. Zaleznik
Theodore Hadzi-Antich
Chance Weldon
Connor William Mighell
Robert Henneke
Perry M. Rosen
Donald Campbell Lockhart
Thekla Hansen-Young
Lea J. Tyhach
Kevin W. McArdle
Pedro Melendez-Arreaga
Jack Woodruff Pirozzolo
David T. Buente Jr.
Kathleen Moriarty Mueller
James Wedeking
Peter Whitfield
Brooklyn Hildebrandt